# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 15, 2024

## NO. 03-22-00781-CV

**WC 4th and Colorado, LP, Appellant**

**v.**

**Colorado Third Street, LLC, Appellee**

### APPEAL FROM THE 261ST DISTRICT COURT OF TRAVIS COUNTY
### BEFORE JUSTICES BAKER, KELLY, AND SMITH
### REVERSED AND REMANDED -- OPINION BY JUSTICE BAKER

This is an appeal from the order to release funds signed by the trial court on December 8, 2021, the order to dismiss certain claims with prejudice signed by the trial court on March 21, 2022, and the severance order signed by the trial court on September 20, 2022. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the court's orders. Therefore, the Court reverses the trial court's orders and remands the case to the trial court for further proceedings consistent with the Court's opinion. Appellee shall pay all costs relating to this appeal, both in this Court and in the court below.